UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DYKZEUL,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHARTER COMMUNICATIONS INC.,<br><br>          Defendant. | Case No. 2:18-CV-05826 DSF (GJSx)<br>Assigned to Hon. Dale S. Fischer<br><br>**ORDER CONTINUING TRIAL AND FINAL PRETRIAL CONFERENCE DATES AND ASSOCIATED PRETRIAL DEADLINES** |

Pursuant to the stipulation of Plaintiff TERESA DYKZEUL ("Plaintiff") and Defendant CHARTER COMMUNICATIONS, INC. ("Defendant") (collectively, the "Parties"), and for good cause shown, it is hereby ordered that the Joint Stipulation to Continue Trial and Final Pretrial Conference Dates and Associated Pretrial Deadlines is approved, and the Court vacates and resets the trial and associated pretrial dates and deadlines as follows:

- Trial:                                  April 14, 2020 at 8:30 a.m.
- Final Pretrial Conference:     March 9, 2020 at 3:00 p.m.
- First Round Trial Filings:      February 18, 2020.[1]

---

[1] Motions in Limine, Memoranda of Contentions of Fact and Law, Witness Lists and Exhibit Lists.

1

- Second Round Trial Filings: February 25, 2020.[2]

IT IS SO ORDERED.

DATED: November 14, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

---

[2] Proposed Final Pretrial Conference Order, Oppositions to Motions in Limine, Joint Statement of the Case, Joint Jury Instructions.

2