JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DYKZEUL,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>CHARTER COMMUNICATIONS,<br>INC.,<br>　　　Defendant. | CV 18-5826 DSF (GJSx)<br><br>JUDGMENT |

　　　　The Court having issued its Findings of Fact and Conclusions of Law After Court Trial,

　　IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Teresa Dykzeul and against Charter Communications, Inc. in the amount of $15,579.90 and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.


　Date:  August 9, 2022　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge